

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-20-00395-CR & No. 04-20-00397-CR

**EX PARTE** Juan **HERNANDEZ**

From the County Court at Law No. 13, Bexar County, Texas
Trial Court Nos. 641471 & 641472
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

SIGNED November 18, 2020.

Beth Watkins, Justice